## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HONESDALE VOLUNTEER AMBULANCE CORP. INC.,** | : | |
| | : | |
| **Plaintiff** | : | **CIVIL ACTION NO. 3:11-1488** |
| | : | |
| **v.** | : | |
| | : | **(JUDGE MANNION)** |
| **AMERICAN ALTERNATIVE INSURANCE CORPORATION,** | : | |
| | : | |
| **Defendant** | : | |

# O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** Defendant's motion for summary judgment, (Doc. 27), is **GRANTED IN PART AND DENIED IN PART**. Defendant's motion is **GRANTED** as to plaintiff's claim for bad faith, and **DENIED** as to plaintiff's claim for breach of contract;

**(2)** A final pretrial conference will be held on **Monday, April 21, 2014**, at **3:30 PM**, in Courtroom #3, William J. Nealon Federal Building and United States Courthouse, 235 North Washington Avenue, Scranton, PA, and;

**(3)** The **jury trial** will begin with jury selection on **Monday, May 12, 2014**, at **9:30 AM** in the same location as noted above.

s/ _Malachy E. Mannion_
**MALACHY E. MANNION**
**United States District Judge**

**Date: March 24, 2014**